Filed 12/27/22  P. v. Mourning CA4/1

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>JEFFEREY MOURNING,<br><br>    Defendant and Appellant. | D080361<br><br><br>(Super. Ct. Nos. SCD293812, SCD291199) |

APPEAL from a judgment of the Superior Court of San Diego County, Francis M. Devaney, Judge.  Affirmed.

Justin Behravesh, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

While on probation for felony vandalism[1], Jefferey Mourning pleaded guilty to charges in a new case which involved felony vandalism (Superior Court case No. SCD293812).  This appeal is from the convictions in case No. SCD293812.

---

1    Superior Court case No. SCD291199.

In March 2022, Mourning, while representing himself, pleaded guilty to three counts of felony vandalism (Pen. Code,[2] § 594, subd. (a)(b)(1)).  He was sentenced to the middle term of eight months, to be served consecutively to the two-year term from case number No. SCD291199.

Mourning filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), indicating counsel has not been able to identify any arguable issues for reversal on appeal.  Counsel asks the court to review the record for error as mandated by *Wende*.  We offered Mourning the opportunity to file his own brief on appeal, but he has not responded.

This appeal arises from a guilty plea without an evidentiary hearing; therefore, we will not include a statement of facts in this opinion.

## DISCUSSION

As we have noted appellate counsel has filed a *Wende* brief and asks the court to review the record for error.  To assist the court and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified possible issues that were considered in evaluating the potential merits of this appeal.

1.  Whether the sentence imposed in both cases was authorized and in compliance with the plea agreement.

2.  Whether the custody credits were correctly calculated.

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Mourning on this appeal.

---

[2]     All further statutory references are to the Penal Code.

## DISPOSITION

The judgment is affirmed.

HUFFMAN, Acting P. J.

WE CONCUR:


IRION, J.


BUCHANAN, J.